**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

JUSTICE GRAY, ET AL.                      CIVIL ACTION NO. 21-3596

VERSUS                                    JUDGE S. MAURICE HICKS, JR.

JACOREY R. BOLTON, ET AL.                 MAGISTRATE JUDGE MCCLUSKY

**ORDER OF DISMISSAL**

Considering the Notice of Settlement filed by the parties (Record Document 31),

**IT IS ORDERED** that this action is hereby **DISMISSED**, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that within sixty (60) days of the signing of this Order, the parties shall submit to the Court: (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 14th day of February, 2023.

S.MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT JUDGE